**Albert E. STRADER, alias A. E. Shrader, Appellant, v. STATE of Texas, Appellee. (No. 13028.)**

Court of Criminal Appeals of Texas. Oct. 23, 1929.

D. S. Purl, of Corpus Christi, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. Offense, bigamy; penalty, two years.

The record is bare of any statement of facts or bill of exception and nothing is presented for review.

The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

■

**Tom SULLIVAN, Appellant, v. STATE of Texas, Appellee. (No. 12905.)**

Court of Criminal Appeals of Texas. Oct. 16, 1929.

A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. Offense, forgery; penalty, two years.

The record is bare of any statement of facts or bill of exception, and nothing is presented for review.

The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

■

**H. V. TILLEY, Appellant, v. STATE of Texas, Appellee. (No. 12891.)**

Court of Criminal Appeals of Texas. Oct. 16, 1929.

F. G. Vaughn, of Beaumont, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

CHRISTIAN, J. The offense is transporting intoxicating liquor; the punishment, confinement in the penitentiary for one year.

The record is before us without a statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

■

**Sam TRAWEEK, Appellant, v. STATE of Texas, Appellee. (No. 13105.)**

Court of Criminal Appeals of Texas. Oct. 23, 1929.

C. W. Falvey, of Lufkin, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

CHRISTIAN, J. The offense is selling intoxicating liquor; the punishment, confinement in the penitentiary for one year.

The record is before us without a statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.